UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JAMIE CHRISTOPHER HENDERSON, | ) | |
| | ) | |
|     Petitioner, | ) | Civil Action No. 08-167-ART |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| HECTOR RIOS, | ) | |
| | ) | |
|     Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES**:

(1) Jamie Christopher Henderson, who is confined in the United States Penitentiary-Big Sandy ("USP- Big Sandy"), has filed a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241. R.2.

(2) The named respondent is Hector Rios, the Warden of USP-Big Sandy.

(3) The § 2241 petition, R. 2, is **DISMISSED WITHOUT PREJUDICE**.

(4) Judgment **IS ENTERED** in favor of the respondent, Hector Rios.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) The Court certifies that any appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

(7) This matter, 08-CV-167-ART, **IS STRICKEN** from the active docket.

This the 16th day of December, 2008.

Signed By:
*Amul R. Thapar* AT
United States District Judge

2